## (April 15, 1971)

In the Matter of the Claim of FAY R. DUNHAM, Appellant, v. PETTI-BONE-MULLIKEN CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Cooke, Sweeney and Simons, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DARLING, Appellant.—

Herlihy, P. J., Reynolds, Aulisi, Cooke and Sweeney, JJ., concur.

## (April 19, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN G. MOORE, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.